UNITED STATES BANKRUPTCY COURT
Southern District of Florida (Miami)

IN RE:  Luis Morin                                         CASE NO:  15-30230-BKC-AJC

                                                           CHAPTER 13

_____Debtor_____/

## MIAMI-DADE COUNTY TAX COLLECTOR'S NOTICE OF WITHDRAWAL OF CLAIM #6-1

MIAMI DADE COUNTY TAX COLLECTOR, by and through the undersigned, hereby gives notice of the withdrawal of Claim number 6-1 (Folio 01-4138-001-1560 – Tax year 2015) filed on February 29, 2016 for the Miami-Dade County Tax Collector and requests that said claim in the amount of $4,940.08 be discarded, as it was paid in full.

Respectfully, submitted this 19th day of May 2017.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail or e-mail this day to:
**Chapter 13 Standing Trustee:**  Nancy K. Neidich Esq.,e2c8f01@ch13herkert.com
**Attorney for Debtor:**  Ricardo Corona, Esq., bk@coronapa.com

**Marcus Saiz de la Mora**, Tax Collector
Miami-Dade County, FL
Tax Collection Paralegal Unit
200 NW 2nd Avenue, Suite 430
Miami, FL 33128

**305-375-4630, Fax No. 305-375-4601**

By: _____/S/_____
    Priscilla A. Windley
    Paralegal Collection Specialist
    windley@miamidade.gov
    MDTCBKC@miamidade

Miami-Dade County
Tax Collector
200 NW 2nd Avenue
Miami, FL 33128

| Transaction # 16800773 | |
|---|---|
| Cashier: | M25 |
| Paid By: | LAW SERVICES P.A. RE TRUST ACCT |
| Date: | 02/23/2017 03:11PM |
| Received Via: | In Person |
| Num. Items: | 2 |
| Total Tendered: | $8,843.23 |
| Receipt #: | BK01-17-000166 |
| Batch: | 8920817 |
| Drawer: | BK01 |
| Status: | Complete |

Receipt

| Item | Details | Effective Date | Due | Paid |
|---|---|---|---|---|
| Real Estate | Acc# 01-4138-001-1560 Bill Yr: 2016 Regular Due: 03/31/2017 | 02/23/2017 | $4,841.11 | $4,841.11 |
| Real Estate | Acc# 01-4138-001-1560 Bill Yr: 2015 Regular Due: 03/31/2016 | 02/23/2017 | $4,002.12 | $4,002.12 |
| | Total: | | $8,843.23 | $8,843.23 |

| Payment | Details | Paid |
|---|---|---|
| Check | Chk#1655 | $4,841.11 |
| Check | Chk#1644 | $4,002.12 |
| | Balance: | $0.00 |