**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN THE MATTER OF:                                CASE NO. 15-30230-AJC
LUIS MORIN                                       CHAPTER 13
     **Debtor,**

_____/

### DEBTOR'S MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

**DEBTOR, LUIS MORIN** (hereinafter referred to as "Debtor") by the undersigned attorney and file this, his Motion to Modify the Confirmed Bankruptcy Plan in this cause and as grounds for this motion would state as follows:

1.     Debtor filed for Chapter 13 bankruptcy on November 17, 2015.

2.     In his Chapter 13 bankruptcy, the Debtor was paying arrearages to Lender JAMES B.NUTTER due to a reverse mortgage and to the Miami-Dade Tax Collector.

3.     Debtor received authority from this Honorable Court to sell his homestead. DE 55.

4.     The homestead was sold on February 14, 2017. See Copy of Deed attached hereto as Exhibit "A".

5.     Lender was paid off. See Releases of Mortgage attached hereto as Exhibit "B".

6.     Miami-Dade Tax Collector was also paid. DE 61

7.     Debtor Morin is modifying his plan to take out both the reverse mortgage and the tax collector.

8.     That allowing modification, under the attached proposed plan, will help the Debtor facilitate completion of his bankruptcy plan that satisfies all parties of record.

**WHEREFORE**, the Debtor requests that this Honorable Court Grant his Motion to Modify Confirmed Bankruptcy Plan in this cause.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 19 day of May 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com